UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOWN OF OYSTER BAY,

                    Plaintiff,

            Case No. 05-CV-1945 TCP AKT

        -against-

**NOTICE OF MOTION**

NORTHROP GRUMMAN SYSTEMS CORPORATION
(f/k/a Northrop Grumman Corporation), THE UNITED
STATES NAVY, and THE UNITED STATES OF
AMERICA,

                    Defendants.
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that on the pleadings filed in this action, the Memorandum of Law in Support of the Town of Oyster Bay's Motion for Reconsideration under Fed. R. Civ. P. 54(b) and L.R. 6.3, and on all other papers filed in this action, Plaintiff Town of Oyster Bay, by and through their undersigned counsel, will move this Court, before the Honorable Thomas C. Platt, at the United States Federal Courthouse, Federal Plaza, Central Islip, New York 11722 on a date to be determined for an Order granting the Town of Oyster Bay's Motion for Reconsideration pursuant to Fed. R. Civ. P. 54(b) and Local Civil Rule 6.3 and other such further relief as the Court deems proper.

Dated: October 14, 2010
       Uniondale, New York

                                    RIVKIN RADLER, LLP

                                    /s/_____
                                    William M. Savino (WMS-5578)
                                    Stephen J. Smirti, Jr. (SJS-2777)
                                    Janice McGuckin-Greenberg (JM-3389)
                                    John W. Egan (JWE-8507)
                                    926 RXR Plaza
                                    Uniondale, NY 11556-0926
                                    (516) 357-3000
                                    *Attorneys for Plaintiff Town of Oyster Bay*