UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOWN OF OYSTER BAY,

                                    Plaintiff,

                                 Case No. 05-CV-1945 TCP AKT

                        -against-

                                 DECLARATION OF JANICE
NORTHROP GRUMMAN SYSTEMS CORPORATION   McGUCKIN-GREENBERG
(f/k/a Northrop Grumman Corporation), THE UNITED
STATES NAVY, and THE UNITED STATES OF
AMERICA,

                                  Defendants.

-----------------------------------------------------------------X

       JANICE McGUCKIN-GREENBERG hereby declares pursuant to the provisions of 28 U.S.C. § 1746, as follows:

       1.     I am associated with the firm of Rivkin Radler, LLP, counsel for plaintiff Town of Oyster Bay (the "Town") in the above-captioned matter.

       2.     I submit this declaration in support of the Town's Motion for Reconsideration Pursuant to FRCP 54(b), dated October 14, 2010.

       3.     Attached hereto as Exhibit "A" is a true and correct copy of the Decision and Order of the United States District Court for the Northern District of New York, dated March 30, 2010, in the action entitled, *Niagara Mohawk Power Corp. v. Consolidated Rail Corp. et al.*, 5:98-CV-1039. This Decision and Order was obtained from the Court's docket maintained for that case on the Electronic Filing System for the United States District Court for the Northern District of New York.

Dated: Uniondale, New York
October 14, 2010

By:     /s/ JM-3389
Janice McGuckin-Greenberg (JM-3389)

2412056 v1