# CERTIFICATE OF SERVICE

It is hereby certified that on this 14th day of October, 2010, the foregoing Plaintiff Town of Oyster Bay's Motion for Reconsideration Under Fed. R. Civ. P. 54(b) and supporting documents were served upon the following individuals via electronic mail and the Court's Electronic Filing System:

>Allan J. Topol, Esq.
>Thomas E. Hogan, Esq.
>Covington & Burling
>1201 Pennsylvania Avenue NW
>Washington, DC 20004-2401
>atopol@cov.com
>thogan@cov.com
>
>Assistant U.S. Attorney Robert Kambic
>United States Attorney's Office
>610 Federal Plaza
>5th Floor
>Central Islip, New York 11722
>robert.kambic@usdoj.gov

By:    /s/ JM-3389
      Janice McGuckin-Greenberg