# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

ALLAN J. TOPOL
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.5402
atopol@cov.com

March 31, 2014

**VIA ECF**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

    Re:   *Town of Oyster Bay v. Northrop Grumman Systems Corporation et al.*,
           Case No. 05-CV-1945 (E.D.N.Y.) (TCP) (AKT)

Dear Judge Tomlinson:

    I have appeared as counsel for Defendant Northrop Grumman Systems Corporation in the above-captioned case. I respectfully request entry of an order directing the Clerk to remove my individual appearance from the docket. My departure will not affect any pending deadlines nor occasion any delay in this action as other counsel have also appeared in the action and will continue to represent Northrop Grumman's interests.

    Thank you for your consideration.

Respectfully submitted,

Allan J. Topol

cc: Counsel of Record (via ECF)

**SO ORDERED**

A. Kathleen Tomlinson
United States Magistrate Judge
Date: March 31, 2014
Central Islip, N.Y.