

**ArentFox Schiff LLP**
233 South Wacker Drive
Suite 7100
Chicago, IL  60606

312.258.5500    **MAIN**
312.258.5600    **FAX**

afslaw.com

February 2, 2026

**VIA ECF**

U.S. Magistrate Judge Steven I. Locke
Eastern District of New York
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re: *Town of Oyster Bay v. Northrop Grumman Systems Corporation* (2:05-cv-1945) Status Report and Joint Motion to Adjourn Conference

Dear Judge Locke:

By this letter, the Parties submit a status report pursuant to the Court's November 26, 2025, Order. The Parties have exchanged drafts of the settlement agreement and are continuing to work toward mutually agreeable language. The Parties respectfully request additional time to negotiate the language of a settlement agreement. The Parties propose to submit a status report to the Court in 30 days, on March 4, 2026, informing the Court of their progress toward a settlement.

The Parties are currently scheduled to appear before the Court on February 23, 2026, at 10:45 a.m. *See* the Court's December 16, 2025, Scheduling Order. The Parties respectfully request that this date be adjourned so that they can continue settlement negotiations. The requested adjournment would be the fourth adjournment of this conference date. The parties are available on March 18, 19, or 20.

Thank you for your consideration of this request.

Respectfully,

*/s/ Russell Selman*
Russell Selman
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Phone:  312.258.5500
russell.selman@afslaw.com

*/s/ Grant Esposito*
Grant J. Esposito
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3010
gesposito@proskauer.com

**Smart In
Your World**®



U.S. Magistrate Judge Steven I. Locke<br>
February 2, 2026<br>
Page 2

*Counsel for Plaintiff*  *Counsel for Defendant*
*Town of Oyster Bay, New York*  *Northrop Grumman Systems Corp.*