**UNITED STATES DISTRICT COURT**          **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                    DATE: 3/24/26
        U.S. MAGISTRATE JUDGE                TIME:  11:45 am

CASE: **CV 05-1945 (DG) Town of Oyster Bay v. Northrop Grumman**
TYPE OF CONFERENCE:   STATUS                    FTR: 11:59-12:07

APPEARANCES:
    For Plaintiff:   <u>Matthew Pruit</u>

    For Defendant: <u>Robert Bahaer </u>

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Status conference held.  The parties will be given 90 days to settle this case and related litigation.  Revised deadlines:  All fact depositions will be completed by August 31, 2026;  Case-in-chief expert disclosures-October 16, 2026; Rebuttal expert disclosures-December 4, 2026.  Commencement of summary judgment motion practice-January 8, 2027.  Final pretrial conference is set for January 18, 2027 at 10:30 am.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

<u>      1/18/27 at 10:30 am      </u>: Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                    SO ORDERED

                    <u> /s/Steven I. Locke</u>
                    STEVEN I. LOCKE
                    United States Magistrate Judge