# SIVE | PAGET | RIESEL

**MARK A. CHERTOK**
DIRECT DIAL: 646.378.7228
MCHERTOK@SPRLAW.COM

August 6, 2026

**VIA ECF**
U.S. Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

Re: *Town of Oyster Bay v. Northrop Grumman Systems Corp.* (2:05-cv-1945)
Letter Motion Requesting Adjournment of August 11 Oral Argument

Dear Judge Locke:

We represent Defendant Northrop Grumman Systems Corporation ("Northrop Grumman") in the above-referenced matter. We write with the consent of Plaintiff Town of Oyster Bay ("TOB") to request an adjournment of the in-person oral argument relating to TOB's letter motion to compel discovery (ECF 209) that the Court scheduled for 11:30am on August 11, 2026. Counsel for Northrop Grumman is unavailable for the scheduled date due to a pre-existing commitment of counsel that day in California. Counsel for TOB does not object to this request. This is the first request for an adjournment of the oral argument.

As required by Your Honor's Individual Rule 2(B), counsel for the parties have conferred and have availability on the following dates in order of preference: August 19, August 18, and August 17, 2026. We respectfully request that oral argument be adjourned to one of these dates if convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Mark A. Chertok
SIVE, PAGET & RIESEL, P.C.
560 Lexington Avenue
New York, New York 10022
(646) 378-7228
mchertok@sprlaw.com
*Counsel for Defendant*
*Northrop Grumman Systems Corporation*